UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FREDERICK GRAINGER, JR., *et al.*,      )
                              Plaintiffs,      )
                                                    )      No. 1:19-cv-501

-v-      )
                                                    )      Honorable Paul L. Maloney

OTTAWA COUNTY, *et al.*,      )
                              Defendants.      )
_____)

## ORDER CANCELING HEARING

The hearing scheduled in this matter on April 24, 2023, on the pending motions to

consolidate (ECF Nos. 158, 220) is hereby **CANCELED** pending further order of the Court.

**IT IS SO ORDERED**.

Date:  March 29, 2023                                   /s/ Paul L. Maloney
                                                          Paul L. Maloney
                                                      United States District Judge