UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

IN THE MATTER OF THE REASSIGNMENT         Administrative Order
OF COGNATE CASES                          No. 23-CA-076
_____/

**WHEREAS**, upon the recommendation of Magistrate Judge Phillip J. Green, the Court has determined that the following three cases are cognate cases that should be assigned to one judge pursuant to W.D. Mich. LCivR 3.3.2(c):

*Guy Havela, et al. v. Gogebic County, et al.*, Case No. 2:23-cv-0124-JMB;

*Edward Theison, et al. v. Dickinson County, et al.*, Case No. 2:23-cv-0129-JMB; and

*36th Street Properties, LLC v. Kent County, et al.*, Case No. 1:23-cv-0766-RJJ;

**WHEREAS** all assigned Article III Judges have consented to the reassignment of the above-listed cases and the Court being mindful of the need for the exercise of judicial economy;

**IT IS HEREBY ORDERED** that the above-listed cases shall be **REASSIGNED** to the Honorable Paul L. Maloney, who has the previously filed cognate case of *Frederick Grainger, Jr., et al. v. Ottawa County, et al.*, Case No. 1:19-cv-501, pursuant to W.D. Mich. LCivR 3.3.2(c).

**IT IS FURTHER ORDERED** that Magistrate Judge Phillip J. Green shall be the assigned magistrate in each of these cases.

**IT IS FURTHER ORDERED** that another case shall be assigned to Judge Robert J. Jonker and another two cases shall be assigned to Judge Jane M. Beckering, according to the approved procedure.

2

A copy of this Administrative Order shall be filed in each of the above-listed cases.

FOR THE COURT:

Dated: July 25, 2023

HALA Y. JARBOU
CHIEF UNITED STATES DISTRICT JUDGE