UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| FREDERICK GRAINGER, JR., )<br>　　　　　　Plaintiff, )<br>　) <br>-v- )<br>　) <br>COUNTY OF OTTAWA, )<br>　　　　　　Defendant. )<br>　) | No. 1:19-cv-501<br><br>Honorable Paul L. Maloney |

## JUDGMENT

The Court has resolved all pending claims.  Therefore, **JUDGMENT ENTERS.**

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date:   September 30, 2025　　　　　　　　　　　　　　 /s/ Paul L. Maloney
　　　　　　　　　　　　　　　　　　　　　　　　　　Paul L. Maloney
　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge